# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD DOUGLAS HYATT**                                                          **PLAINTIFF**
**ADC #137614**

**VS.**                                        **4:19-CV-00175-BRW**

**SALINE COUNTY CIRCUIT COURT,** *et al.*                                        **DEFENDANTS**

## ORDER

Plaintiff Richard Douglas Hyatt ("Plaintiff"), an Arkansas Division of Correction ("ADC") inmate, filed this case *pro se* under 42 U.S.C. § 1983.[1] On December 23, 2020, mail sent by the Court to Plaintiff at the Pine Bluff Unit of the Arkansas Department of Corrections, Plaintiff's current address of record, was returned as undeliverable.[2] On December 28, 2020, I directed Plaintiff to update his address with the Court, as he is required to do under Local Rule 5.5(c)(2).[3] I advised Plaintiff that failure to do so within 30 days would result in the dismissal of his case.[4] Plaintiff has failed to update his address or otherwise respond to my December 28, 2020 Order, and mail to him continues to be returned as undeliverable.[5] Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[6]

IT IS SO ORDERED this 4th day of February, 2021.

                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] Doc. No. 29.

[3] Doc. No. 30.

[4] *Id*.

[5] Doc. No. 31.

[6] Local Rule 5.5(c)(2).