# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD DOUGLAS HYATT**                                                **PLAINTIFF**
**ADC #137614**

**VS.**                                      **4:19-CV-00175-BRW**

**SALINE COUNTY CIRCUIT COURT,** *et al*.                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of February, 2021.

                                           Billy Roy Wilson_____
                                           UNITED STATES DISTRICT JUDGE